In the Matter of Arbitration of Clarence E. ILLG, as Trustee for the next-of-kin of Neil Thomas Illg, deceased, Appellant,

v.

**TRI–STATE INSURANCE COMPANY OF MINNESOTA, State Farm Automobile Insurance Company, Respondents.**

No. CX–88–797.

Supreme Court of Minnesota.

Feb. 10, 1989.

### ORDER

WHEREAS, by order of this court filed December 30, 1988, 433 N.W.2d 429, the above-entitled matter was stayed pending final disposition in *Illg v. Forum Insurance Company;*

IT IS HEREBY ORDERED that the matter be, and the same is, remanded to the Court of Appeals for reconsideration in light of *Illg v. Forum Insurance Company,* 435 N.W.2d 803 (Minn.1989).